# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: INVOKANA (CANAGLIFLOZIN) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2750 Master Docket No. 3:16-md-2750 |
| Hank E. Skinner, | : : | JUDGE BRIAN R. MARTINOTTI JUDGE LOIS H. GOODMAN |
| Plaintiff(s), | : : | |
| vs. | : : : | DIRECT FILED COMPLAINT PURSUANT TO CASE MANAGEMENT ORDER NO. 4 |
| Janssen Pharmaceuticals Inc., Janssen Research & Development LLC, Johnson & Johnson, Janssen Ortho LLC | : : : : | Civil Action No.: 3:17-cv-04136-BRM-LHG |
| Defendants. | : : | |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff in the above-captioned case, Hank E. Skinner, and the above-named Defendants, Janssen Pharmaceuticals, et al., through their respective undersigned counsel, that this case is hereby dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a). Each party is to bear its own costs and attorneys' fees.

| | |
|---|---|
| LEVIN, PAPANTONIO, THOMAS MITCHELL, RAFFERTY & PROCTOR, P.A. | DRINKER BIDDLE & REATH LLP |
| BY: s/ Thomas A. Taylor<br>THOMAS A. TAYLOR<br>Levin, Papantonio, Thomas,<br>Mitchell Rafferty & Proctor, P.A.<br>316 S. Baylen Street, Suite 600<br>Pensacola, FL 32502<br>(850) 435-7000 | BY: s/ Michael C. Zogby<br>MICHAEL C. ZOGBY<br>Drinker Biddle & Reath LLP<br>600 Campus Drive<br>Florham Park, NJ 07932-1047<br>(973) 549-7000 |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

SO ORDERED.

Date: _____

_____
HON. BRIAN MARTINOTTI